| | | |
|---|---|---|
| Dhar, Matter of, v Commissioner, N.Y. City (NYC) Dept. of Transp. | 1st Dept: 146 AD3d 573 | denied |
| Eagle Cr. Land Resources, LLC, Matter of (Woodstone Lake Dev., LLC) | 3d Dept: 149 AD3d 1324 | denied |
| Espinal, Matter of, v Venettozzi | 3d Dept: 149 AD3d 1447 | denied |
| Green, Matter of, v Annucci | 3d Dept: 148 AD3d 1443 | denied |
| Grewal v DHL Express (USA), Inc. | | motions |
| | 1st Dept: 149 AD3d 450 | denied |
| Hockett v City of Ithaca | 3d Dept: 149 AD3d 1378 | denied |
| King v Niagara Falls Water Auth. | 4th Dept: 147 AD3d 1398 | denied |
| KJ, Matter of, v New York City Hous. Auth. | 1st Dept: 146 AD3d 694 | denied* |
| Lefkara Group, LLC v First Am. Intl. Bank | 1st Dept: 150 AD3d 450 | denied |
| Lindsay-Thompson v Montefiore Med. Ctr. | 1st Dept: 147 AD3d 638 | denied |
| Livingston v Better Med. Health, P.C. | 2d Dept: 149 AD3d 1061 | denied |
| MAA-Sharda, Inc. v First Citizens Bank & Trust Co. | 4th Dept: 149 AD3d 1484 | denied |
| Maldonado, Matter of, v Howard | 3d Dept: 148 AD3d 1501 | denied |
| Morabito, Matter of, v Martens | 3d Dept: 149 AD3d 1316 | denied |
| Murphy v County of Suffolk | 2d Dept: 149 AD3d 854 | denied |
| Pena, Matter of, v New York State Gaming Commn. | 3d Dept: 144 AD3d 1244 | granted |
| People v Bell | 1st Dept: 149 AD3d 666 | denied* |
| People v Colon | 1st Dept: 149 AD3d 498 | denied* |
| People v Fonteboa | 2d Dept: 149 AD3d 880 | denied |
| People v Headley | 2d Dept: 147 AD3d 988 | denied* |
| People v Kaff | 2d Dept: 149 AD3d 783 | denied |
| People v Krembel | 4th Dept: 150 AD3d 1702 | denied |
| People v Kunz | 4th Dept: 150 AD3d 1696 | denied |
| People v McMichael | 1st Dept: 149 AD3d 670 | denied* |
| People v Rocano-Quintuna | 2d Dept: 149 AD3d 1114 | denied |
| People v Tatner | 4th Dept: 149 AD3d 1595 | denied |
| People v Vasquez | 4th Dept: 149 AD3d 1584 | denied |

---

* Motion for poor person relief dismissed as academic or denied.